**Order entered April 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00234-CV

### IN THE MATTER OF THE MARRIAGE OF LEMLEM GEBREMICHAEL AND WOLDEMICHAEL ENDRIAS

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-12223**

## ORDER

Before the Court is appellant's March 31, 2015 unopposed motion for an extension of time to file a brief. The clerk's record has not been filed. On April 1, 2015, this Court sent a past-due notice to the Dallas County District Clerk instructing her to file the clerk's record within thirty days. Appellant's brief will be due thirty days after the clerk's record is filed. *See* TEX. R. APP. P. 38.6(a). Accordingly, we **DENY** appellant's motion as premature.

/s/ ELIZABETH LANG-MIERS
   JUSTICE